UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff.

v.

Robert E. O'Neal,

    Defendant.

Case No. 2:19-cv-02406-TLN-CKD

**ORDER TO SHOW CAUSE**

    You, Robert E. O'Neal, are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to LEVY upon the real property located at 313 Peach Place, Winters, California 95694 ("Subject Property") in order to sell your interest to satisfy part or all of your unpaid income tax liabilities for the taxable years 2007, 2008 and 2011 in the amounts of $80,850.00, $51,232.35 and $3,007.65, as of November 8, 2019 respectively plus interest and penalties according to law.

    This Court has examined the Petition of the United States and accompanying Declaration, and it is hereby ORDERED that you have 25 days from the date of this Order to file with the

Clerk of the Court a written **OBJECTION TO PETITION.** Any written **OBJECTION TO PETITION** should demonstrate either that:

    A. Your liability has been satisfied; OR

    B. You have other assets from which the unpaid tax liabilities can be satisfied; OR

    C. Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

It is FURTHER ORDERED that if you file a written **OBJECTION TO PETITION** with the Clerk of Court, then the Court will hold a hearing, at which you must appear, on March 11, 2020, at 10:00 a.m., at the United States Courthouse 501 I Street, Room 4-200 Sacramento, CA 95814, in the courtroom of the undersigned, to consider your objections.

It is FURTHER ORDERED that, in addition to filing your **OBJECTION TO PETITION** with the Clerk of the Court, you must also mail a copy of your **OBJECTION TO PETITION** to the attorney for the United States, James Petrila, P.O. Box 683, Washington, D.C. 20044, on or before the filing date.

**If you do not file an OBJECTION TO PETITION within 25 days of the date of this order, or if you file an OBJECTION TO PETITION but fail to appear before the Court as instructed, the Court will enter an ORDER APPROVING AN INTERNAL REVENUE SERVICE LEVY ON THE REAL PROPERTY LOCATED AT 313 Peach Place, Winters, California 95694.**

It is FURTHER ORDERED that a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon Robert E. O'Neal within 10 days of the date of this Order, by the United States Marshal or any deputy U.S.

Marshal, or any Revenue Officer of the Internal Revenue Service, by delivering a copy in hand to Robert E. O'Neal or by leaving a copy at Robert E. O'Neal's dwelling or usual place of abode with a person of suitable age and discretion residing therein, or by some other manner of service described in Rule 4(e)(1) of the Federal Rules of Civil Procedure.

Dated: January 15, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 ONeal2406.osc

Notice and Order to Show Cause            3