UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff.

v.

Robert E. O'Neal,

    Defendant.

Case No. 2:19-cv-02406-TLN-CKD

**ORDER APPROVING LEVY ON PRINCIPAL RESIDENCE**

On January 15, 2020, the Court issued an Order to Show Cause, notifying Robert E. O'Neal ("O'Neal") that the United States had petitioned the Court for an order allowing the Internal Revenue Service to levy on the real property located at 313 Peach Place, Winters, California 95694 (the "Property"). ECF No. 6. The United States sought this Order to Show Cause to sell O'Neal's interest in the Property to satisfy all or part of his unpaid federal tax liability. The Order to Show Cause instructed O'Neal to file a written objection to the United States' petition within twenty-five (25) days of the date of the Order to Show Cause.

The record reflects that the United States served its petition on O'Neal along with the Order to Show Cause on January 17, 2020. ECF No. 7. No written objection has been filed. Accordingly, the Court GRANTS the United States' petition. ECF No. 1. The Internal Revenue

/////

/////

/////

1

Proposed Order Approving Levy
On Principal Residence
(Case No. 2:19-cv-02406-TLN-CKD)

Service may levy on O'Neal's interest in the Property to satisfy all or part of his unpaid federal tax liability. This may be executed by any authorized officer of the IRS.

**IT IS SO ORDERED**.

Dated: November 9, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE